IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ERICA S. MAPPS, on behalf of M.J.,** | § | |
| Plaintiff, | § | |
| v. | § | No. 3:09-CV-2226-O-BH |
| | § | |
| **MICHAEL ASTRUE, Commissioner of** | § | |
| **Social Security,** | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.[1]

It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. Accordingly, *Plaintiff's Motion for Summary Judgment*, filed March 1, 2010, is **GRANTED** to the extent she sought remand for further proceedings; the *Commissioner's Motion for Summary Judgment*, filed April 1, 2010, is **DENIED**; and the decision of the Commissioner is **REVERSED** and the case is **REMANDED** for further proceedings consistent with the recommendation set forth in the Magistrate Judge's findings.

**SIGNED this 13th day of May, 2010.**

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**

---

[1] Defendant Michael Astrue, in his capacity as Commissioner of the Social Security Administration, has informed the Court that the Social Security Administration will file no objections to the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. *See* Doc. # 21.